UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty | K. Weckwerth |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 07-cr-00363-LTB | FTR MEH AM |
| Date: October 30, 2007 | |
| UNITED STATES OF AMERICA | Greg Holloway |
| v. | |
| RUBIN MAVASHEV | Richard Kornfeld |

Interpreter: Nina Ivanichvili

### HEARING ON MOTION TO RECONSIDER ORDER OF DETENTION [28]

Court in Session: 9:33 am

Court calls case and appearances of counsel.  Interpreter sworn.

Matt Farwell is present from pre-trial services.

Defendant addresses the motion [28].

Government addresses the motion.

Court presents findings.

**ORDERED: Motion [28] is GRANTED.  Bond is set at $150,000 property (Nebbia condition) with conditions of release to include electronic monitoring with GPS tracking.**

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Hearing concluded.

Court in recess: 10:35 am

time in court: 1 hour and 2 minutes